

2015 WEST END AVENUE
NASHVILLE, TN 37203-2372
www.cathedralnashville.org
615-327-2330

**Most Reverend David R. Choby, J.C.L, D.D.**
*Eleventh Bishop of Nashville*

**WEEKEND MASS SCHEDULE**
Saturday: 5:00 p.m.
Sunday: 8:30 & 11:00 a.m., 5:00 p.m.

**DAILY MASS SCHEDULE**
Monday:
   7:00 a.m. Communion Service
   12:10 p.m. Mass
Tuesday—Friday:
   7:00 a.m., 12:10 p.m. Mass
Monday—Thursday
*(When Vanderbilt is in session)*
   5:30 p.m.

**CONFESSION**
Saturday: 3:00 p.m.–4:30 p.m.

*October 12, 2014*
*28th Sunday in Ordinary Time*

# Cathedral of the Incarnation

**CATHEDRAL PARISH STAFF**
Rev. Edward F. Steiner, D.Min., *Pastor*
Rev. Jayd Neely, *Associate Pastor*
Deacon Jim McKenzie, *Dir. of Pastoral Ministries*
Deacon Thales Finchum
Deacon Mark Faulkner
Deacon Joe Holzmer
Mrs. Robin Baskin, *Dir. of Religious Education*
Mr. Jackson Schoos, *Dir. of Music Ministries*
Mrs. Kelly Doyle, *Cathedral Day School*
Mrs. Lori Reddick, *Business & Finance*
Mr. Kevin Raymond, *Dir. of RCIA*
Mrs. Marcie Castellarin, *Parish Secretary & Records*
Ms. Lindsey Stamps, *Facilities & Events Coordinator*

Ms. Chloe Stegeman, *Youth Group Coordinator*
Rev. Gervan Menezes, *Chaplain, Fr. Ryan High School,*
   *Sacramental Assistance (in residence at Cathedral)*
Rev. Bruce Morrill, S.J., *Vanderbilt University,*
   *Sacramental Assistance—on sabbatical*
Rev. Francis Appreh, *Chaplain, St. Thomas Midtown,*
   *Sacramental Assistance*

**UNIVERSITY CATHOLIC CAMPUS MINISTRY**
Rev. John Sims Baker, JD, *Chaplain*
615-322-0104 *(in residence at Cathedral)*
www.universitycatholic.org


EXHIBIT A

Case 3:14-cv-02182   Document 5   Filed 11/11/14   Page 1 of 8 PageID #: 32

## MASS INTENTIONS

**Saturday, October 11:** *Blessed Virgin Mary*
5:00     For the People of the Parish

**Sunday, October 12**
8:30     Special Intention of Connor Doyle on his 10th Birthday *by the Doyle Family*
11:00 †   Jean Jenkins *by Suzanne Baker*
5:00 †   Ethel Fedun *by June Fedun*

**Monday, October 13**
7:00     Communion Service
12:10   Special Intention of Carmel Connell *by Marion Carney*
5:30     University Catholic Seminarians

**Tuesday, October 14:** *Our Lady of the Rosary*
7:00 †   Dick Pfendler *by Bobbie and Joe Noonan*
12:10   Special Intention *by Marion Carney*
5:30     Special Intention of Elizabeth Clay

**Wednesday, October 15**
7:00     For the Living and Deceased members of the Nora & James Ferrill Family *by Bobbie and Joe Noonan*
12:10   Special Intention of Jane Black *by Suzanne Sousan*

**Thursday, October 16:** *St. Denis and Companions and St. John Leonardi*
7:00     Special Intention of Bobby & Chelsey Riddell *by Bobbie and Joe Noonan*
12:10 †   Mary Brennan *by Bobbie and Joe Noonan*

**Friday, October 17**
7:00 †   Ethel Fedun *by June Fedun*
12:10 †   Bill Boyle *by Bill Staley*

**Saturday, October 18:** *Blessed Virgin Mary*
5:00 †   Darcy Bur Dauterive *by the Bur Family*

*Want to schedule a Mass Intention?*
*Contact the church office: 327-2330 or*
*lstamps@cathedralnashille.org*

---

### NO 5:30PM Mass on Wed. or Thurs.

Vanderbilt's Fall Break begins this Wednesday. There will be no 5:30pm Masses on Wednesday, October 15th or Thursday, October 16th. 5:30pm Masses will resume on Monday, October 20th. Thank you

---



**OUR PRAYERS ARE REQUESTED FOR**

*ALL THOSE AFFECTED BY WAR*

---

## RCIA NEEDS NEW CATECHISMS



Our RCIA needs new Catholic Catechisms for our candidates and catechumens currently preparing to join the Church. Catechisms cost $25. Donating would be a great way for you to assist in the formation of our future members. Simply place a donation marked "RCIA Catechism" in the collection basket, and your donation will purchase a new book for each member in RCIA. Each book will be inscribed with "A Gift From …." unless you wish to be anonymous. Questions? Contact Kevin F. Raymond at KFRaymond@cathedralnashville.org or 327-2330 x1306 for more information. Thank you for your support!

## PARISH NURSES



**BLOOD PRESSURE SCREENING THIS WEEKEND ONLY AFTER 8:30AM MASS IN THE FLEMING CENTER. THERE WILL NOT BE A SCREENING FOLLOWING THE 11AM MASS.**

### TAKE CARE OF YOU

**Body:** Explore a local park or historic district on foot.
**Mind:** Read a book to a child—and then read it 'one more time'.
**Spirit:** Give someone a hug.

### Nurses Needed
**for Blood Pressure Screenings after 11:00 Mass**

Screenings take place on the 2nd Sunday of the month. Please join us in being a healing, caring person for our community. Contact Sheila Jensen Sheilajensen@comcast.net or Esther Cooke workwins@aol.com to volunteer.

### ATTENTION CATHEDRAL BLOOD DONORS

The third and final blood drive 2014 will be October 26 from 9:15-1:15 in the Fleming Center. Sign-up can be done in three ways. To sign up **online** go to www.redcrossblood.org, click on "account login" at the top right hand side of the page, log in as "donor," enter sponsor code "cathedral019" and schedule your time to donate. **By phone** call Sally Stack at 298-2932. Or, **signup in the vestibule** after Masses on October 11-12 and 18-19.

If you are 17 (16 with parental consent), weigh at least 110 lbs, and in good general health, you may be eligible to donate.

The Red Cross has an urgent need for blood and platelet donations. Nationally, the Red Cross must collect 15,000 blood donations every day for patients at about 2,700 hospitals and transfusion centers. *PLEASE* consider becoming a blood donor.



## KNIGHTS OF COLUMBUS
### IN SERVICE TO ONE. IN SERVICE TO ALL.

### Calling all Catholic Gentlemen

Are you looking for a way to serve your parish, help those in need, and grow in your own faith? If so, the Knights of Columbus is the organization for you:

- Join us in the Fleming Center NEXT SUNDAY, October 19, after the 11:00 Mass for an **Open House & Titans Watch Party**. We will be watching the Titans vs. Redskins on the big screen and serving classic tailgate fare for lunch. You will have the opportunity to meet your Cathedral Knights and hear presentations about the Order itself and the personal experiences of our brothers. There may also be a few door prizes. Family and friends are welcome.
- Cathedral Knights will be in the Narthex after the Masses today and October 18/19 to provide information and answer your questions.

Visit **www.kofc544.org**, **www.facebook.com/kofc544**, or email **kofc544@gmail.com** for information and photos of both our past activities and upcoming events.

### SECOND COLLECTION NEXT WEEKEND

Next weekend our parish will celebrate World Mission Sunday. This year we are invited to reach out and help build the Church in Mongolia, the world's youngest Catholic Church, as well as local churches throughout the Missions, in the most remote areas across our world. Through the work of these churches, and their witness to Christ, the poor receive practical help and experience God's love and mercy, His hope and peace. Please keep the Missions in your daily prayers. Please come prepared next weekend to give generously in the collection for the Society for the Propagation of the Faith. For more information, please visit www.IAmAMissionary.org.

### WEEKLY COLLECTION

| | |
|---|---|
| September 14 | $18,695.48 |
| Habitat | $8,870.00 |
| September 21 | $18,290.33 |
| September 28 | $21,526.56 |
| October 5 | $21,727.75 |
| Debt | $5,810.00 |

*Thank you for your Support!*

### RELIGIOUS EDUCATION



RE classes continue today, however, we will NOT meet next Sunday, October 19 because of Fall Break.

Thanks to the parents who attended Open House! It's always nice to talk with parents and hear their feedback of the program.

Congratulations to our lovely 5th grade catechist, Miss Nini Mullis. Nini got engaged last weekend while visiting London! Best wishes to you and your fiancé!

It will soon be time to start thinking about Christmas service projects! The RE program will again collect household items for the North Nashville Outreach site of Catholic Charities. This collection will take place during Advent. Stay tuned to see what we will be collecting and thanks in advance for your generosity!

## NERI NIGHTS
### CATHEDRAL'S HIGH SCHOOL YOUTH GROUP

Students in 9-12 grades, stop in and check out Cathedral's co-ed high school youth ministry for plenty of fun, faith, and fellowship! 6:00 Sunday nights.

### YOUNG ADULTS AT CATHEDRAL

#### SUNDAY NIGHT DINNER
Join us for dinner this weekend at Jason's Deli after the Sunday 5:00 p.m. Mass. We will gather in the vestibule and then will walk to the restaurant.

#### THEOLOGY ON TAP IS BACK!
Save the date to attend the first Theology on Tap of this year at Blackstone brewery on Tuesday, October 14 at 6:30 p.m. Two-for-One beers and dollar unlimited soft drinks and tea.

### SAN GENNARO MUSICFEST .. THANK, YOU

The San Gennaro MusicFest Committee would like to thank the following for their generous support and assistance! This event would not have been possible without our sponsors and the many parishioners and volunteers working behind-the-scenes on behalf of the SGMF.

Special Thanks to: **Parish Nurses,** for rocking the iced coffee/biscotti bar & providing pizzelle cookies. **Bubba Donnelly,** *Athens Distributing,* for the Prosecco, Cavit & Folinari wines, & the limoncello. *West Meade Wine & Liquor Mart,* for ongoing support of all things San Gennaro. **John Curley, & David Cain,** *DET Distributing,* for the Peroni Beer. **Peter Guy, Tommy Brown & Mike Czapleski,** *IWC Food Service Distributor,* for donating their time managing Cucina Napoli. **Nick Snow,** *Signarama,* for event signage. And to the many volunteers who serve in anonymity….



**What is Amendment 1:** Voter approval of Amendment 1 will allow the people of Tennessee and their elected representatives to restore common sense protections for women and the unborn, including inspection and regulation of abortion facilities by the TN Department of Health.

**History:** Because of a 4-1 ruling by the TN Supreme Court in 2000, TN now boasts a broader right to abortion than that recognized by Roe v. Wade. Justice Baker's dissent states: "Plainly stated, the effect of the Court's holding today is to remove from the people all power, except by constitutional amendment, to enact reasonable regulations of abortion."

**Why we need Amendment 1:** TN has become an abortion-on-demand state with no informed consent for women and girls considering abortion, no 48 hour waiting period, no hospitalization requirement for second trimester abortions, and no required inspection or regulation of abortion clinics.

**Amendment 1 will:** help stop TN from being a destination for out of state abortions (2008 23.7% were on out-of-state women); provide adequate information and safeguards for women and girls seeking abortion; require inspection, licensure and regulation of abortion facilities in our state; prevent taxpayer funding of abortions in TN; and promote the protection of innocent human life.

**Goal:** The passing of Amendment 1 by Tennessee voters in 2014 would allow passage and enforcement of common sense policies designed to protect the health and safety of women and girls considering abortion, policies designed by the people, not judges.

**Bottom Line:** you MUST VOTE and tell others. Amendment 1 must be approved by 50% +1 of those casting a vote in the Governor's race. You do not need to vote for a governor, if you do not want too. In fact, not voting in the uncontested governor's race counts as a vote and a half for Amendment 1.

Senate Joint Resolution 127: A resolution to propose an amendment to Article I, of the Constitution of Tennessee, relative to abortion. The Amendment states: "Nothing in this Constitution secures or protects a right to abortion or requires the funding of an abortion. The people retain the right through their elected state representatives and state senators to enact, amend, or repeal statutes regarding abortion, including, but not limited to, circumstances of pregnancy resulting from rape or incest or when necessary to save the life of the mother."

For more information please visit www.yeson1tn.org or www.tennesseerighttolife.org

### THIS WEEK AT THE CATHEDRAL

**Sunday, October 12**
- 9:30 Rel. Ed. Classes in St. Albert Hall
- 9:30 Blood Pressure Screening in Fleming ONLY after 8:30am Mass
- 1:00 Ladies of Charity Installation in Church/ Reception to follow in Fleming
- 6:00 Neri Nights in Rm 304

**Monday, October 13**
- 7:00 Boy Scouts in Rm 202

**Tuesday, October 7**
- 5:30 Legion of Mary in Rm 204
- 5:30 Cursillo in Rm 202, 206

**Wednesday, October 14**
- 7:00 Knights of Columbus in Rm 305
- 7:30 Young Adults Bible Study in Rm 304

**Thursday, October 15**
- 1:00 Bible Study Group in Rm 303
- 7:00 RCIA inquiry in Rm 303
- 7:00 RCIA in Rm 305

**Friday, October 16**

**Saturday, October 17**
- 9:30 Centering Prayer Group in Rm 303
- 2:00 Wedding: Jilian McQueen and Nicholas Kolesar
- 3:00 Confessions in church
- 7:00 Wedding: Katherine Raley and Robert Hamilton / Reception to follow in Fleming



### READINGS FOR THE WEEK OF OCT. 12

Sunday: Is 25:6-10a/Phil 4:12-14, 19-20/Mt 22:1-14 or 22:1-10
Monday: Gal 4:22-24, 26-27, 31--5:1/Lk 11:29-32
Tuesday: Gal 5:1-6/Lk 11:37-41
Wednesday: Gal 5:18-25/Lk 11:42-46
Thursday: Eph 1:1-10/Lk 11:47-54
Friday: Eph 1:11-14/Lk 12:1-7
Saturday: 2 Tm 4:10-17b/Lk 10:1-9
Next Sunday: Is 45:1, 4-6/1 Thes 1:1-5b/Mt 22:15-21

*Liturgical Publications Inc*



Home is where the ★ is.

Our *Room in the Inn* program is a winter shelter program for the homeless. **It begins in November.** The Cathedral hosts 30 to 40 homeless men every Tuesday evening from November through March. We give them a warm place to sleep, a hot dinner, breakfast, and a sack lunch. We also provide showers, clean underwear and socks, toiletries, and movies for them to watch.

In order for us to do this, we need your help! We need individuals, families, or groups to provide and prepare dinners, sack lunches, and breakfasts. We also need Innkeepers to stay the night with our guests. We need help transporting our guests from and to the Campus for Human Development, and help with laundry and hospitality.

There are fliers at all the entrances to the church explaining each task as well as sign-up sheets. We will have a representative with sign-up sheets and to answer any questions you might have in the vestibule following all the Masses this weekend and next.

Another way to contribute is by donating men's boxers, t-shirts and socks. We need mostly large and x-large boxers and t-shirts; however, we do need some small and 2x-large as well. We are also in need of tooth brushes & tooth paste, body lotion, liquid bath soap, shampoo, disposable razors, and shaving cream.

Have questions? Want to help? Contact Jim Coode at 476-9164 or jim-namie@comcast.net.

## VOLUNTEER OPPORTUNITIES

- **Innkeeper:** Spends the night with the guests. Wakes them up in the morning, helps to set out breakfast, and helps clean the Fleming Center.
- **Transportation:** Drivers are needed on Tuesday evening to pick up our 30 to 40 guests from the Campus for Human Development. We leave the Fleming Center at 6:30 p.m. Drivers are also needed on Wednesday morning to return our guests to the Campus by 6 a.m. This is a great opportunity for friends to get together to take our guests back then have breakfast together.
- **Laundry:** Picks up the linens from the Fleming Center on Wednesday morning, launders and folds the sheets and towels, and returns them to the Fleming Center by 5 p.m. the following evening.
- **Hospitality:** Sets up the Fleming Center (inflates air mattresses and makes them up), serves dinner, and interacts with our guests.
- **Food:** Provides and prepares dinner for 40 hungry men. The meal should consist of a meat, vegetables, a starch, bread, deserts, and drinks. This is a great opportunity for families or friends to get together. It is also a great opportunity for groups to volunteer and work together.
- **Breakfast** consists of cereal, milk, juice, fruit, and sweet rolls. **Sack lunches** consist of 2 sandwiches, a bag of chips, a piece of fruit, something sweet, and a drink.

If you want to volunteer or need further information, contact either Jim Coode at jim-namie@comcast.net or 476-9164, or Joe Bednar at jfbopt@bellsouth.net is. You can also visit the Cathedral's web site at www.cathedralnashville.org.

Working with the homeless is a very rewarding experience and is a great way to spend a Tuesday evening. Our guests are screened by the downtown Room In the Inn staff, are all nice, interesting, and enjoy good conversation. The homeless love coming to the Cathedral and request it every Tuesday. When asked why they love to come to the Cathedral, the answer is because of the people, that we are friendly, and that they are treated with respect. This is a great tribute to our parishioners!

## THERE WAS NO ROOM FOR THEM IN THE INN
### Except at the Cathedral!

## NEWS AND EVENTS IN OUR DIOCESE AND COMMUNITY

### FATHER RYAN NEWS AND EVENTS

Father Ryan High School Annual Admissions Open House is Sunday, October 19, beginning at 12:30. The afternoon will feature campus tours, classroom visits, and presentations on academics, clubs, athletics, and legacy. For more information or for registration, please visit www.fatherryan.org/openhouse

### AQUINAS CHAPEL TO OPEN OCTOBER 22

Aquinas College Corpus Christi Perpetual Adoration Chapel opens October 22 and will be open 24 hours a day, 7 days a week. The chapel is located on the Aquinas Campus, 4210 Harding Pike. The chapel is immediately behind the White House on campus. If you would like to deepen your relationship with the Lord through a dedicated time for prayer each week, we invite you to join other adorers to pray for individual needs and those of the world. For more info or how to sign-up: www.aquinascollege.edu/adoration/

### ST. HENRY'S TIGER TOWN 5K

**CALLING ALL NASHVILLE RUNNERS!**
Come walk, run, or cheer with us at the 6th Annual St. Henry School Tiger Town 5K/1 Mile Fun Run on Saturday, November 1.

### SAVE THE DATE – COLLOQUIUM, 10/21

On Tuesday, October 21, at 6:30 p.m., JPII will host Dr. Timothy P. O'Malley from the University of Notre Dame and Dr. Lee M. Jefferson from Centre College to discuss at this year's John Paul II Colloquium Series: "The Search for New 'Epiphanies' of Beauty:' Art in the Catholic Tradition." Both of these nationally respected scholars will be discussing the historical affinity and necessity of art as an expression of beauty and truth in the Catholic Church. Admission is free and all are welcome to attend. Mark your calendars and come join us in the Monroe and Ann Carell Auditorium for an engaging evening! If you have any questions concerning this event, please feel free to contact Dr. Brad Peper at brad.peper@jp2hs.org or 822-2375 x5547.

### COUNSELING AVAILABLE

Many people struggle with concerns like depression, anxiety, relationship problems, stress, etc. In response, Catholic Social Services offers individual, couple, and family counseling on a sliding fee scale. If you or anyone you know is interested in these services, call Lisa McGovern (352-3087).

### BULLETIN ANNOUNCEMENTS
Announcements must be in the Church Office no later than Noon on Friday, one week before publication
lstamps@cathedralnashville.org

### WANT TO LEAVE A LEGACY TO THE CATHEDRAL?
Please look at the Catholic Community Foundation of Middle Tennessee. www.ccfmtn.org
*Is the parish in your will?*

### CHURCH ON THE WEB

The Bible: www.usccb.org/bible/index.cfm
Cathedral: www.cathedralnashville.org
University Catholic: www.universitycatholic.org
Diocese: www.dioceseofnashville.com
Vocations within the Diocese: www.nashvillepriest.com
United States Bishops: www.usccb.org
Vatican & Pope: www.vatican.va
Vatican Information Service: visnews-en.blogspot.com
Catholic News Service: www.catholicnews.com
Catholic News & Encyclopedia: www.NewAdvent.com
Young Adult online magazine: www.bustedhalo.com
Catholic Charities of Tennessee: www.cctenn.org
Nashville Catholic Business League:
www.catholicbusinessleague.org




## Spotlight Your Special Event Here

- Grand Opening
- Special Offer/Sale
- Seasonal Event
- Anniversary/Birthday
- 1- or 2-month ad space available



800-477-4574 • 216-325-6825

---

**Fixin' To Repair** — Home Improvers
SMALL REPAIRS BIG RESULTS
JOE KUTSKO
(615) 480-4801
"Quality service at a fair price... because we know it's your home"
www.FixinToRepair.com
Licensed • Bonded • Insured

---

COURTYARD Marriott
Less than 1 block from the Cathedral of the Incarnation!
Vanderbilt/West End
BANQUET ROOMS • COMPLIMENTARY LOCAL SHUTTLE
RESTAURANT/LOUNGE
www.courtyardnashville.com
1901 West End Avenue, Nashville, TN 37203
(615) 327-9900p / (615) 327-8127f

---

**Christ the King**
Call for Openings in PreK-8th Grade
615.292.9465
Personal Tours Available
www.ctk.org/school

---



**OVERBROOK SCHOOL**
WONDER LEADS TO KNOWING

Overbrook roots children in truth, inspires them to wonder and challenges them to give their best to the world.

Co-educational, private Catholic school for grades prek-8 own and operated by the Dominican sisters

4210 Harding Pike, Nashville, TN 37205 •
(615) 292-5134 • www.overbrook.edu

---

DUCKLO EYECARE
615-329-0000



TOMMY J. DUCKLO, O.D.
NICOLE LEMONCELLI, O.D.
*PARISHIONERS*

2114 ELLISTON PLACE
NASHVILLE, TN 37203

---

**SOLVE YOUR HEALTHCARE CRISIS**
Get Your Free Quote Today!
1-800-348-5915
iCan offers programs that guarantee you will not be turned down for any health-related reason.

Just for calling you get a no cost, no obligation Humana Prescription Savings Card!
Trusted, Licensed Agents are ready for your call.

HUMANA

---

Monte & Monte DENTAL CO.



4219 Hillsboro Pike • Ste. 100
Nashville • 615-383-4494
*Evening, Friday and Saturday Appointments Available*
www.GreenHillsDentist.com
– PARISH MEMBERS –

---

Robert E. Sims, D.M.D., M.S.D.
**SIMS** orthodontics
Phone: 615-385-2714
Fax: 615-385-3190
www.simsortho.com
~ Your Catholic Orthodontist ~
NASHVILLE — COLUMBIA
3817 Bedford Ave. • Ste. 210 — 1706 Wedgewood Ave.
Nashville, TN 37215 — Columbia, TN 38401
PARISHIONER

---



**Want Your Ad to STAND OUT in the Crowd?**
Call 800.477.4574 for FULL COLOR Advertising!

---

**HOLY ROSARY ACADEMY**
Pre-Kindergarten through 8th Grade
190 Graylynn Dr., Nashville, TN 37214
615.883.1108   www.holyrosary.edu
2013 National Blue Ribbon School of Excellence!

---

**Armstrong Relocation**
www.armstrongrelocation.com
KEN SCHMITT
100 Armstrong Court • LaVergne, TN
615-793-9333 • 800-749-9333
Mobile 615-596-8573
UNITED Van Lines
Direct 615-793-1153

---

**dish** Make the Switch to DISH Today and Save Up To 50%
Call Now and Ask How! 1-800-341-0518
Promotional prices starting at only — $19.99/mo. for 12 months
FREE OVER 30 PREMIUM MOVIE CHANNELS
HBO CINEMAX SHOWTIME starz
For 3 months.

All offers require 24-month commitment and credit qualification. Call 7 days a week 8am – 11pm EST
Promo Code: MB0913 *Offer subject to change based on premium movie channel availability

---

**Katherine Hall DDS**
General Dentist
Creating Beautiful Smiles in Nashville
EXPERIENCED DENTAL CARE
615-777-2600 • www.katherinehalldds.com

---

**ST. CECILIA ACADEMY** OF THE DOMINICAN CAMPUS

Nashville's only all girls Catholic high school
Now accepting applications;
visit www.stcecilia.edu
for more info

*Rooted in Faith. Rich in Excellence. Realizing every girl's potential.*
4210 Harding Road, Nashville, TN 37205 •
(615) 298-4525 • www.stcecilia.edu
**Be yourself. Be a St. Cecilia girl!**

---

**PROTECTING SENIORS NATIONWIDE**
PUSH — TALK — 24/7 HELP



$19.95*/Mo. + 1 FREE MONTH
➢ No Long-Term Contracts
➢ Price Guarantee
➢ A+ Rating with BBB
TOLL FREE: 1-877-801-7772
*First Three Months

SPRING SPECIAL

---

• 24-hr Service • Home Health Aides
• Skilled Nursing • Medical Social Workers
• Rehabilitation • Wound Management
Therapies - Physical • Cardiac Management
Occupational, Speech • Hospice Care

**WillowBrook**
*Home Health & Hospice Agencies*
Providing quality care in the comfort of your own home since 1981.
www.willowbrookhealth.com
Nashville Office         Central Intake
1-615-399-2220         1-615-366-6060

---

**Penny Harrington**
*Probate & Estate Planning*
*Family & Elder Law*
HARRINGTON LAW OFFICE
1215 7th Ave N
Historic Germantown
(615) 320-9977
www.harringtonlawoffice.com

---

**JOE B. SULLIVAN & SONS PLUMBING CO. INC.**
"Everything in Plumbing Since 1895"
292 Hermitage Ave.
Nashville, TN 37210
**615-254-8379**

---



**Hiller**
Plumbing, Heating & Cooling
**615-292-6110**
www.hillerphc.com

Happy You'll Be or the Service is FREE!

---

For Ad Information Call LPi Direct at 1-800-477-4574    www.4Lpi.com    ©2014 Liturgical Publications Inc  14-1122/i

# Add Some COLOR to Your Ad

For more information contact **Liturgical Publications Inc** at
**800 477-4574**

---

**Protect:**
1. Your car.
2. Your house.
3. Your bank account.



**Fernando Arguello, Agent**
*Parishioner*
5111 Peter Taylor Park Drive
Brentwood, TN 37027
Bus: 615-377-3200
www.fernandoarguello.com

Save an average of $763*
Protect yourself with America's #1 car and home insurance company.**
Like a good neighbor, State Farm is there.®
**CALL ME TODAY.**

**State Farm**

*Average annual per household savings based on a national 2010 survey of new policyholders who reported savings by switching to State Farm.
** Based on A.M. Best written premium.
State Farm Mutual Automobile Insurance Company, State Farm Indemnity Company, Bloomington, IL
State Farm Fire and Casualty Company, State Farm General Insurance Company, Bloomington, IL, State Farm Florida Insurance Company, Winter Haven, FL, State Farm Lloyds, Dallas TX

---



**Allergy & Asthma Center, P.C.**

1195 Old Hickory Blvd
Suite 200
Brentwood, TN 37027

Csaba Rusznak, MD, PhD
*Parishioner*

**Csaba Rusznak, MD, PhD
Les Newman, MD
Martha Butterfield, MD**
**615-370-7905**
www.allergyandasthmacenter.com

---



**SeekAndFind.com**
is **NEW** and **IMPROVED**

Now it's even easier to shop these advertisers.
Show them your support!

---



*Bella Regali*
the gift shop at the car wash!

212 White Bridge Road
Nashville, TN
(615) 356-9290
Frances Anne Varallo

www.BellaRegaliGifts.com

---

**Catholic Education Since 1921**

**St. Ann School**

**Providing Academic Excellence:**
- Low pupil-teacher ratio
- Small-group, project-based learning
- Convenient location in West Nashville

Personal tours at your convenience
**Call 615-269-0568**

5105 Charlotte Avenue • Nashville, TN
Spirituality ✝ Academics ✝ Service

---



**PREMIER CATERING**
**Lee Duckwiler**
**615-613-1651**

---

*Sole Mio*
**FINE ITALIAN CUISINE**

Nashville's Favorite Award Winning Italian for Over 18 Years
311 12th Avenue South • 615-256-4013 • solemionashville.com

**15% Discount**
*with Bulletin*

Lunch: Mon-Sat 11-4
Dinner: Mon-Sun 4-10 (F/S 11)
Brunch: Sunday 11-3

---

**SOLVE YOUR HEALTHCARE CRISIS**
**Get Your Free Quote Today!**
**1-800-348-5915**
iCan offers programs that guarantee you will not be turned down for any health-related reason.



Just for calling you get a no cost, no obligation **Humana Prescription Savings Card!** Trusted, Licensed Agents are ready for your call.

**HUMANA**

---


**MAXWELL ROOFING & SHEET METAL, INC.**
Roofing & Sheet Metal, Inc.
www.maxwellroofing.com
**(615) 227-5154**

---

**GORHAM & AMMARELL**
Office 615.327.4914
Fax 615.327.3892
– Family & Cosmetic Dentistry –
124 30th Avenue North • Nashville
www.gorhamandassociatesdentistry.com

---

*Belle Meade JEWELRY & REPAIR*

**10% Off for families at Cathedral of the Incarnation**

• Estate Jewelry • Appraisal Services
• Expert Jewelry & Watch Repair
4548 Harding Rd. • Nashville, TN 37205
615-269-3288 • www.bellemeadejewelry.com

---



**MATTRESS KING**
Nashville's Largest Locally Owned And Family Operated Mattress Store
~ JERRY AND DESIREE APPLEBY OWNERS ~
WWW.MATTRESSKINGONLINE.COM

---

**Caldwell Pediatric Dentistry**

5505 Edmondson Pike
#204
Nashville, TN
(615) 834-1383



**Hillsboro Pediatric Dentistry**

2016 Beechwood Avenue
Nashville, TN 37212
(615) 750-2713

**Robert Caldwell, DMD • Mirna Caldwell, DMD**
Board Certified Pediatric Dentists and Parishioners
*A husband and wife team dedicated to making dentistry fun*

---



For Advertising Information, call
**JENNY LUSK** at LPi today!

800-477-4574 Ext. 6302
JLusk@4LPi.com

---



**NASHVILLE AREA HOMES**

**Your Cathedral Real Estate Brokers You can Trust**

*Mention this ad and a portion of any Real Estate Sale will be donated back to the Cathedral.*
Candie Worsham **400.5230** • Mike Worsham **400.5224**
www.NashvilleAreaHomes.com

---

**Do you have Medicare?**
If you have Medicare the Open Enrollment Period is RIGHT NOW!

Before you spend hours calling around for plan information, take time to get acquainted with a trusted local resource offering extensive experience & valuable insights—with no obligation or fee!

**OUR ASSURANCE TO YOU**
You will have access to leading local, regional & national plans with the broadest range of options available including:
• Medicare Advantage & Prescription Drug Plans
• Medicare Supplements

www.assuresource.com or 1-888-257-4064

---



Call Stephen Penton,
Cathedral Parishioner,
Knight of Columbus and
a licensed Health Benefits
Consultant today
to learn more!
**615-693-1446**


**AssureSource**

---



*St. Charles Catering*

**DONALD ST. CHARLES**
**615-830-6086**
stcharlescatering@comcast.net
www.stcharlescatering.com

---

2-D-4-2  For Ad Information Call LPi Direct at 1-800-477-4574   www.4LPi.com   ©2014 Liturgical Publications Inc  14-1122/o

Case 3:14-cv-02182   Document 5   Filed 11/11/14   Page 8 of 8 PageID #: 39