UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACEY E. GEORGE, ELLEN WRIGHT CLAYTON, DEBORAH WEBSTER-CLAIR, KENNETH T. WHALUM Jr., MERYL RICE, JAN LIFF, TERESA M. HALLORAN, and MARY HOWARD HAYES, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM EDWARD "BILL" HASLAM, as Governor the State of Tennessee, in his official capacity; et al. <br><br> Defendants. | Case No. 3:14-2182 |

## DEFENDANTS' MOTION TO DISMISS

Come the Defendants, Governor Bill Haslam, Secretary of State Tre Hargett, Coordinator of Elections Mark Goins, Attorney General and Reporter Herbert H. Slatery III, and State Election Commission members Judy Blackburn, Donna Barrett, Greg Duckett, Tommy Head, Jimmy Wallace, Tom Wheeler and Kent Younce, all in their official capacities, and hereby respectfully move this Court to dismiss Plaintiffs' Complaint in its entirety and with prejudice for lack of subject matter jurisdiction and failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

This motion is supported by an accompanying memorandum of law.

Respectfully submitted

HERBERT H. SLATERY III
Attorney General and Reporter

ANDRÉE SOPHIA BLUMSTEIN
Solicitor General

/s/ Janet M. Kleinfelter
JANET M. KLEINFELTER
Deputy Attorney General
Public Interest Division
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403
Janet.kleinfelter@ag.tn.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of December, 2014 a copy of the above document has been served upon the following persons by:

 X      Electronic Case Filing (ECF) System
to:

William L. Harbison
C. Dewey Branstetter, Jr.
Phillip F. Cramer
Hunter C. Branstetter
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
bharbison@sherrardroe.com
dbranstetter@sherrardroe.com
pcramer@sherrardroe.com
hbranstetter@sherrardroe.com

/s/ Janet M. Kleinfelter
JANET M. KLEINFELTER

2