# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TRACEY E. GEORGE, ELLEN WRIGHT CLAYTON, DEBORAH WEBSTER-CLAIR, KENNETH T. WHALUM Jr., MERYL RICE, JAN LIFF, TERESA M. HALLORAN, and MARY HOWARD HAYES, <br><br>　　　Plaintiffs, <br><br>v. <br><br>WILLIAM EDWARD "BILL" HASLAM, as Governor the State of Tennessee, in his official capacity; et al. <br><br>　　　Defendants. | Case No. 3:14-2182 |

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

The Defendants, Governor Bill Haslam, Secretary of State Tre Hargett, Coordinator of Elections Mark Goins, Attorney General and Reporter Herbert H. Slatery III, and State Election Commission members Judy Blackburn, Donna Barrett, Greg Duckett, Tommy Head, Jimmy Wallace, Tom Wheeler and Kent Younce, all in their official capacities, respectfully request leave of Court to file a short reply brief in support of their motion to dismiss, which was filed on December 11, 2014. (D.E. 24 Motion to Dismiss and D.E. 25 Memorandum of Law).