UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACEY E. GEORGE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:14-02182 |
| ) | Judge Sharp |
| WILLIAM EDWARD "BILL" HASLAM, ) | |
| as Governor of the State of Tennessee, ) | |
| in his official capacity, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Docket No. 52) is hereby DENIED. With this ruling, Defendants' Motion to Stay Discovery (Docket No. 34) pending resolution of the Motion to Dismiss is hereby DENIED AS MOOT, as is Defendants' Motion to Dismiss (Docket No. 24) Plaintiffs' original Complaint.

This case is returned to Magistrate Judge Bryant for further pretrial case management and consideration of Plaintiffs' Motion to Compel and for Sanctions (Docket No. 47).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE