# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 27, 2017

Mr. William L. Harbison
Mr. Daniel Alexander Horwitz
Ms. Janet M. Kleinfelter
Mr. J. Alex Little
Mr. Scott P. Tift

Re: Case No. 16-5563, *Tracey George, et al v. Tre Hargett, et al*
Originating Case No. : 3:14-cv-02182

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jeanine R. Hance
Case Manager
Direct Dial No. 513-564-7037

cc: Ms. Andree Sophia Blumstein
Mr. Hunter C. Branstetter
Ms. Sarah Campbell
Mr. Phillip F. Cramer
Mr. Keith Throckmorton

Enclosure

Case No. 16-5563

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

TRACEY E. GEORGE; ELLEN WRIGHT CLAYTON; DEBORAH WEBSTER-CLAIR;
KENNETH T. WHALUM, JR.; MERYL RICE; JAN LIFF; TERESA M. HALLORAN; MARY
HOWARD HAYES

        Plaintiffs - Appellees

v.

TRE HARGETT, as Secretary of State, in their official capacities; MARK GOINS, as
Coordinator of Elections; HERBERT SLATERY, III, as Attorney General & Reporter of the
State of Tennessee; STATE ELECTION COMMISSION OF TENNESSEE; JUDY
BLACKBURN, as a member of the State Election Commission; DONNA BARRETT, as a
member of the State Election Commission; GREGORY DUCKETT, as a member of the State
Election Commission; TOMMY HEAD, as a member of the State Election Commission;
JIMMY WALLACE, as a member of the State Election Commission; TOM WHEELER, as a
member of the State Election Commission; KENT YOUNCE, as a member of the State Election
Commission; WILLIAM EDWARD "BILL" HASLAM, "Bill" as Governor of the State of
Tennessee

        Defendants - Appellants

BEFORE:  SUHRHEINRICH, GILMAN and MCKEAGUE, Circuit Judges;

Upon consideration of the three motions to file amicus briefs for The "Yes On 1" Campaign;

Paul Edelman and Steven Brams; and Erwin Chemerinsky, Barry Friedman, Suzanna Sherry and

Adam Steinman,

It is **ORDERED** that the motions be, and they hereby are **GRANTED**.

        **ENTERED BY ORDER OF THE COURT**
        Deborah S. Hunt, Clerk

Issued: June 27, 2017
        _____