UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRACEY E. GEORGE, et al.,

      Plaintiffs,                            Civil Action No. 14-cv-2182

vs.                                         HON. BERNARD A. FRIEDMAN

TRE HARGETT, et al.,

      Defendants.
_____/

**<u>JUDGMENT</u>**

        In accordance with the opinion of the United States Court of Appeals for the Sixth Circuit issued in this matter on January 9, 2018,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiffs.

                                      KEITH THROCKMORTON
                                      CLERK OF COURT

                                    By: s/Julie Owens_____
                                        Deputy Clerk

Approved: s/Bernard A. Friedman_____
           BERNARD A. FRIEDMAN
           SENIOR U.S. DISTRICT JUDGE
           SITTING BY SPECIAL DESIGNATION